# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSHUA POTTLE,

                Petitioner

          v.

COURT OF COMMON PLEAS
WESTMORELAND COUNTY; OFFICE OF
ATTORNEY GENERAL; DEPARTMENT OF
CORRECTION,

                Respondents

:  No. 50 WM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.